UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | ) ) ) | 1:98-cv-6264  OWW TAG |
| Plaintiff, | ) ) | ORDER RE SUBMISSION OF SUPPLEMENTAL INFORMATION |
| v. | ) ) | |
| WITCO CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

    Before the Court for decision is an unopposed request for approval of a consent decree between the California Department of Toxic Substances Control ("Plaintiff" or "DTSC") and Western Farm Services ("Western").

    Although CERCLA encourages early settlement, it is does not condone "rubber stamp approval." *United States v. Montrose Chem. Corp. of Cal.*, 50 F.3d 741, 747 (9th Cir. 1995); *see also* 42 U.S.C. § 9622(d)(1)(A).  In evaluating the fairness of a consent decree, a court should determine the proportional relationship between the amount to be paid by the settling defendant and the government's estimate of the total projected cost of cleanup. *Montrose*, 50 F.3d at 747.  A district court can abuse its discretion by having no evidence to support its decision.  *Id.*

1 (holding that the district court's failure to consider any
2 estimate of projected total damages in determining that CERCLA
3 consent decree was substantively fair constituted abuse of
4 discretion). Although perfect and complete information on the
5 total cost of cleanup is not required, the Parties must submit,
6 at minimum, a rough estimate for which the Court can base its
7 approval. *See id.*

8 Here, however, the Parties have not provided <u>any</u> estimate of
9 the total cost of remediation. Although Western has provided
10 evidence of fairness by citing to the amount of their payment to
11 DTSC--which will range from a minimum of $450,000, plus payment
12 of DTSC's oversight costs, to a maximum of $1,100,000, plus
13 payment of DTSC's oversight costs--it is impossible to even
14 roughly evaluate substantive fairness of the Decree without any
15 information on the projected total cost. Doc. 169, Reply to Opp.
16 at 4:4-21.

17 The Parties shall submit such information to supplement the
18 record by August 20, 2005.

21 **SO ORDERED.**

_____
**Oliver W. Wanger
UNITED STATES DISTRICT JUDGE**