1 | BILL LOCKYER, Attorney General
of the State of California
2 | THEODORA BERGER, State Bar No. 050108
Assistant Attorney General
3 | KEN ALEX, State Bar No. 111236
Supervising Deputy Attorney General
4 | BRETT J. MORRIS, State Bar No. 158408
JANILL L. RICHARDS, State Bar No. 173817
5 | Deputy Attorneys General
1515 Clay Street, 20th Floor
6 | Oakland, California 94612-1413
Telephone (510) 622-2100
7 |
Attorneys for Plaintiff Department of Toxic Substances Control
8 |
9 |
UNITED STATES DISTRICT COURT
10 |
EASTERN DISTRICT OF CALIFORNIA
11 |
12 | DEPARTMENT OF TOXIC SUBSTANCES          )        NO.  CIV F-98-6264 OWW/TAG
CONTROL,                                )
13 |                                         )        **JOINT STATUS REPORT;**
                                        )        **ORDER SETTING FURTHER**
14 |             Plaintiff,                  )        **STATUS CONFERENCE**
v.                                      )
15 |                                         )        Date:      February 15, 2006
                                        )        Time:      8:45 a.m.
16 | WITCO CORPORATION, et al.,              )        Court:     Courtroom 3
                                        )
17 | Defendants.                             )        Hon. Oliver W. Wanger
                                        )
18 |                                         )        *Telephonic Appearances Requested*
_____ )
19 |
20 |         This joint status report is submitted on behalf of plaintiff the Department of Toxic

21 | Substances Control ("DTSC") and defendants Chemtura Corporation (previously Crompton

22 | Corporation) ("Chemtura") and the Dow Chemical Company ("Dow").

23 |         **Status of the Litigation and Parties**

24 |         This case involves property contaminated by the drum reconditioning operations of San

25 | Joaquin Drum Company ("SJDC") in Bakersfield, California.  DTSC is concerned about two

26 | parcels:  the main SJDC site, 3930 Gilmore Avenue; and a parcel across the street from the main

27 | site allegedly used by SJDC to store drums, 3213 Gibson Street (the "Cady Property").

28 |         DTSC brought this action against six defendants:  Chemtura (then Witco Corporation),

JOINT STATUS REPORT; ORDER SETTING FURTHER STATUS CONFERENCE
1.

1   Dow, Chevron U.S.A., Inc. ("Chevron"), Western Farm Services, Inc. ("Western Farm"), Helt

2   Petroleum ("Helt") and Clifford Pitts.  DTSC dismissed its claims against Helt, a defunct

3   corporation without assets, on September 3, 1999.  DTSC's claims against Chevron and Western

4   Farm have been resolved by settlement.  The Court entered Consent Decrees effectuating these

5   settlements on March 15, 2004, and August 30, 2005, respectively.  On DTSC's request, the

6   clerk entered Clifford Pitts's default on February 26, 2004.  Only DTSC's claims against

7   Chemtura and Dow remain pending.  Chevron has completed its clean up and investigative work

8   at the main SJDC site.  Western Farm has submitted a final work plan for commencement of its

9   investigation at the Cady Property.  Western Farm's consultant is expected to commence work in

10   the coming weeks.  The remaining parties to this action continue their settlement discussions.

11   This action is currently stayed until March 1, 2006.

12        **Results of the Investigation of the Main Site**

13        As set forth in the parties' September 19, 2006, status report, Chevron conducted certain

14   investigative and clean up work at the main SJDC site as required by the Chevron/DTSC

15   settlement.  Chevron removed the majority of the remaining structures and contaminated soil at

16   the main site and installed groundwater monitoring wells. Chevron's work has substantially

17   reduced the remaining work that must be done at the main site.  The data from Chevron's

18   investigation show that there is some contamination of ground water at and near the site.  The

19   contaminants of concern in ground water that are above regulatory action levels are lead and

20   arsenic; because of their chemical properties, these contaminants do not, however, tend to move

21   quickly downgradient in ground water and any contamination is therefore likely localized.  The

22   pesticide DDE is also present in ground water, but at concentrations below regulatory action

23   levels.  During its work, Chevron discovered an additional on-site well that may have been used

24   by SJDC for disposal.  Chevron is in the process of closing that well.

25        **Investigation of the Cady Property**

26        Pursuant to the settlement between Western Farm and DTSC, Western Farm will begin

27   its investigative work at the Cady Property shortly.  The investigation will take a phased

28   approach, subsequent phases contingent on the results of the preceding phases.  In addition,

1  Western Farm Service will pay at least $200,000, and up to $300,000, toward DTSC's costs.

2       On January 16, 2006, Western Farm submitted to DTSC a Final Phase 1 Investigation

3  Work Plan, incorporating changes and comments provided by DTSC on the draft work plan.

4  DTSC is now reviewing the final work plan and expects to approve it in the coming days.  Field

5  work at the Cady Property should begin shortly after work plan approval.  The parties should

6  have preliminary data by March 1, 2006, and a draft report on the Phase 1 investigation by early

7  April 2006.

8       The only two defendants that have appeared and are still part of the case are Chemtura

9  and Dow.  Chemtura, Dow and DTSC believe that once the data from the Cady Property

10  investigation is available, it is likely that they will be able to resolve the remaining claims in this

11  case without resort to further litigation.

12            **Parties' Request for Further Stay of Action and Status Conference**

13       For the foregoing reasons, Chemtura, Dow and DTSC respectfully request that the Court

14  extend the stay of litigation currently in place until July 3, 2006, and set a further status

15  conference in this case for June 14, 2006, at 8:45 a.m.  The parties will file a joint status

16  conference statement by June 1, 2006.

17  Dated:  January __, 2006              BILL LOCKYER
                                         Attorney General
18                                       THEODORA BERGER
                                         Assistant Attorney General
19                                       KEN ALEX
                                         Supervising Deputy Attorney General
20                                       BRETT J. MORRIS
                                         JANILL L. RICHARDS
21                                       Deputy Attorneys General

22                         By:

23                                       _____
                                         Janill L. Richards
                                         Deputy Attorney General
24                                       Attorneys for Plaintiff DEPARTMENT OF TOXIC
                                         SUBSTANCES CONTROL
25

26

27

28

1    Dated:  January __, 2006              PILLSBURY WINTHROP SHAW
                                          PITTMAN, LLP
2                                         SARAH G. FLANAGAN
                                          JACOB R. SORENSEN
3                                         50 Fremont Street
                                          Post Office Box 7880
4                                         San Francisco, CA  94120-7880

5                              By:

6                                         Sarah G. Flanagan
                                          Attorneys for Defendant CHEMTURA
7                                         CORPORATION

8
     Dated:  January __, 2006              PAUL, HASTINGS, JANOFSKY
9                                          & WALKER LLP
                                           JOHN P. PHILLIPS
10                                         55 Second Street, Twenty-Fourth Floor
                                           San Francisco, CA  94105-3441
11
                               By:
12
                                           John P. Phillips
13                                         Attorneys for Defendant THE DOW CHEMICAL
                                           COMPANY
14
     ///
15
                                   **ORDER**
16
          IT IS ORDERED that the stay currently in place shall be extended to July 3, 2006.  A
17
     further status conference shall be held June 14, 2006, at 8:45 a.m.  The parties may appear
18
     telephonically.  A supplemental status report shall be filed with the Court by June 1, 2006.
19
     The scheduling conference set for February 15, 2006 is vacated.
20
     Dated:  _Feb. 3__, 2006
21
                                           /s/ OLIVER W. WANGER
22
                                           _____
23                                         Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28